# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sabastian Zuluaga-Patricio,<br>aka: Miguel Angel De Jesus Hernandez<br>A087 949 522<br>*Defendant* | Case No. 16-8478MJ |

DOA 11-8-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 8, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Sabastian Zuluaga-Patricio, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Laredo, Texas, on or about December 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*
Paul M. Ford
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 10, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 8, 2016, Border Patrol Agent A. Benchekroun encountered an individual near Maricopa, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Sabastian Zuluaga-Patricio, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Zuluaga-Patricio was transported to the Casa Grande Border Patrol Station for further processing. Zuluaga-Patricio was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Sabastian Zuluaga-Patricio to be a citizen of Mexico and a previously deported alien. Zuluaga-Patricio was removed from the United States to Mexico through Laredo, Texas, on or about December 14, 2014, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Sabastian Zuluaga-Patricio in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

    Zuluaga-Patricio's immigration history was matched to him by electronic fingerprint comparison.

4. On November 9, 2016, Sabastian Zuluaga-Patricio was advised of his constitutional rights. Zuluaga-Patricio acknowledged his rights and declined to make a statement under oath without a lawyer present.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Sabastian Zuluaga-Patricio, an alien, was found in the United States of America, at or near Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about December 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Paul M. Ford
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 10th day of November, 2016.

_____
John Z. Boyle
United States Magistrate Judge

2